

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00295-CV

IN RE RONROYAL J. OWENS                                        RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

Relator's "Motion To Suspend Rules For Copies" is granted.

The court has considered relator's petition for writ of injunction and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of injunction is denied.

PER CURIAM

PANEL:  DAUPHINOT, J.; LIVINGSTON, C.J.; and GARDNER, J.

DELIVERED:  September 3, 2013

---

[1]See Tex. R. App. P. 47.4, 52.8(d).